## UNITED STATES BANKRUPTCY COURT
### Eastern District of Oklahoma
**Case No.: 19−80258**
**Chapter: 7**

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
    Brian Scott Davis
    420167 E 1150 Rd
    Checotah, OK 74426

Social Security No.:
    xxx−xx−2917

Employer's Tax I.D. No.:

---

### NOTICE TO DEBTOR

NOTICE Pursuant to 11 USC Sec. 521(a)(2) an Individual Chapter 7 Statement of Intent was not filed. The Debtor(s) / Debtor Attorney has 30 days from the date of filing or conversion of the case or on or before the date of the meeting of creditors whichever is earlier to file required statement. If an extension is not granted by Court order, prior to the original due date, the Court may enter an ORDER DISMISSING your case without further notice or hearing. (Prentice, Margaret)

Dated: March 18, 2019

**Therese Buthod, Clerk**
**U.S. Bankruptcy Court**